MISC. CASE # _____
06  43

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH Q. MIRARCHI** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | NO. 04-5078 |
| | : | |
| **WEAVER ENTERPRISES, INC.** | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 31st day of August, 2005, based on the attached Findings of Fact and Conclusions of Law, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Joseph Q. Mirarchi, and **AGAINST** defendant, Weaver Enterprises, Inc., in the total amount of $207,655.46.

**IT IS FURTHER ORDERED** that, in addition to counsel for plaintiff, a copy of this Order shall be served by the Deputy Clerk on defendant, Weaver Enterprises, Inc., at 400 W. Basin Road, New Castle, Delaware 19720-6408.

**BY THE COURT:**

FILED
MAR - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

/s/ Jan E. DuBois, J.
JAN E. DUBOIS, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: MAR - 6 2006
ATTEST: Steve Towas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*Law Offices of*
**Jonathan Wheeler, P.C.**
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103

U.S. District Court
for the District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Law Offices of
## Jonathan Wheeler, P. C.

Jonathan Wheeler, Esquire
Lynda R. O'Brien, Esquire
*Admitted to PA & NJ Bars*

Pamela Kaplan, Paralegal

One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
215.568.2900
215.568.2901 fax
www.jwheelerlaw.com

U. S. DISTRICT COURT - DE
MISC. CASE # 06 43

Our File No.: 500-1855

March 8, 2006

U.S. District Court
for the District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

    Re:    Joseph Mirarchi v. Weaver Enterprises, Inc.
             USDC (E.D. of PA) Docket No. 04-CV-5078

Dear Sir/Madam:

    Enclosed please find a certified copy of the judgment entered in the above-captioned case, along with a Writ of Execution and this firm's check in the sum of $39.00. Kindly register this judgment and forward the Writ of Execution to the US Marshall for service on the defendant and garnishees. I am also enclosing a self-addressed, stamped envelope for your use in returning a time-stamped copy of the registered judgment.

                                      Very truly yours,

                                      PAMELA KAPLAN
                                      Paralegal

/pk
Enclosure

FILED
MAR - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

JOSEPH Q. MIRARCHI

06 MC 43

v.                                                  Case Number: 04-5078

WEAVER ENTERPRISES, INC.

I, <u>Michael E. Kunz</u>, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __9/2/05__, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

__March 16, 2006__
Date

Mrs. Norman, (by) Deputy Clerk

---

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH Q. MIRARCHI** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 04-5078 |
| | : | |
| **WEAVER ENTERPRISES, INC.** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of August, 2005, based on the attached Findings of Fact and Conclusions of Law, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Joseph Q. Mirarchi, and **AGAINST** defendant, Weaver Enterprises, Inc., in the total amount of $207,655.46.

**IT IS FURTHER ORDERED** that, in addition to counsel for plaintiff, a copy of this Order shall be served by the Deputy Clerk on defendant, Weaver Enterprises, Inc., at 400 W. Basin Road, New Castle, Delaware 19720-6408.

**BY THE COURT:**

/s/ Jan E. DuBois, J.
JAN E. DUBOIS, J.

A TRUE COPY CERTIFIED TO FROM THE [illegible]
DATE: MAR - 6 2006
ATTEST: Steve Tomas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA