UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. DISTRICT COURT - DE
MISC. CASE # 06-43

JOSEPH Q. MIRARCHI

vs.                                    Civil Action No.: 04-5078

WEAVER ENTERPRISES, INC.

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against __Weaver Enterprises, Inc.__
_____, defendant
(Name of Defendant)
(1) you are directed to levy upon the property of the defendant and to sell his interest therein:

WEAVER ENTERPRISES, INC. (a/k/a The Tile Center), 400 W. BASIN ROAD, NEW CASTLE, DE 19720

(2) you are also directed to attach the property of the defendant not levied upon the possession
of   WSFS BANK, 144 N. DUPONT HIGHWAY, NEW CASTLE, DE 19720
     COMMERCE BANK, 82 CHRISTIANA ROAD, NEW CASTLE, DE 19720
                              (Name of Garnishees)
as garnishee:
ANY AND ALL CHECKING ACCOUNTS, SAVINGS ACCOUNTS, MONEY MARKET
FUNDS AND/OR CERTIFICATES OF DEPOSIT, INCLUDING,
                      (Specifically Describe Property)
and to notify the garnishee that:
   (a) an attachment has been issued;
   (b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;
   (3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

|  |  |
|---|---|
| Amount due | $207,655.46 |
| Interest from 8/31/05 (Costs to be Added) | $5,802.97 |

MICHAEL E. KUNZ

_____
(Clerk of Court)

Seal of the Court         BY: _____
                                (Deputy Clerk)

MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW
1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms and equipment
3. Most wages and unemployment compensation
4. Social Security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds
8. Such other exemptions as may be provided by law



FILED
MAR - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   LG

Scanned

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH Q. MIRARCHI

vs.                                    Civil Action No.: 04-5078

WEAVER ENTERPRISES, INC.

## WRIT OF EXECUTION
### *NOTICE*

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the United States Marshal's Office at the address noted.

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERENCE SERVICE
1101 Market Street, 11th Floor
Philadelphia, PA 19107

215-238-6333