UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH Q. MIRARCHI | |
| vs. | Docket No.: 06-43 |
| WEAVER ENTERPRISES, INC. | |

**PRAECIPE FOR WRIT OF EXECUTION**

TO THE CLERK:

    ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshall for the District of Delaware, against <u>WEAVER ENTERPRISES, INC.</u>, and against <u>WSFS BANK , 144 N. DUPONT HIGHWAY, NEW CASTLE, DE 19720</u> and <u>COMMERCE BANK, 82 CHRISTIANA ROAD, NEW CASTLE, DE 19720</u> , as garnishees, as follows:

| | |
|---|---|
| Amount due | $207,655.46 |
| Interest from 8/31/05 | 3.88% |

            LAW OFFICES OF JONATHAN WHEELER, P.C.

BY:    *Jonathan Wheeler / jw994*
        JONATHAN WHEELER, ESQUIRE
        Attorney I.D. No.: 12649
        One Penn Center - Suite 1270
        1617 JFK Boulevard
        Philadelphia, PA 19103
        (215) 568-2900
        Attorney for Plaintiff(s)

Date: April 5, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH Q. MIRARCHI

vs.   Docket No.: 06-43

WEAVER ENTERPRISES, INC.

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE:

To satisfy judgment, interest, and costs against   Weaver Enterprises, Inc.   , defendant
(Name of Defendant)

(1) you are directed to levy upon the property of the defendant and to sell his interest therein:

WEAVER ENTERPRISES, INC. (a/k/a The Tile Center), 400 W. BASIN ROAD. NEW CASTLE, DE 19720

(2) you are also directed to attach the property of the defendant not levied upon the possession
of   WSFS BANK , 144 N. DUPONT HIGHWAY, NEW CASTLE, DE 19720
COMMERCE BANK, 82 CHRISTIANA ROAD, NEW CASTLE, DE 19720
(Name of Garnishees)
as garnishee:
ANY AND ALL CHECKING ACCOUNTS, SAVINGS ACCOUNTS, MONEY MARKET
FUNDS AND/OR CERTIFICATES OF DEPOSIT, INCLUDING,
(Specifically Describe Property)
and to notify the garnishee that:
  (a) an attachment has been issued;
  (b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;
  (3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount due | $207,655.46 |
| Interest from 8/31/05 | 3.88% |
| Plus Costs of service of writ of execution | |

_____
(Clerk of Court)

Seal of the Court          BY: _____
(Deputy Clerk)

**Returnable Date:** _____